Rosado, Recurrente, *v.* El Registrador, Recurrido.

Recurso gubernativo contra resolución del Registrador de la Propiedad de Caguas.

No. 148.—Resuelto en junio 28, 1913.

Venta con Pacto de Retro—Arrendamiento—Transferencia del Derecho de Retraer—Nota de Consumación.—El recurrente compró con pacto de retro

y arrendó al vendedor ciertas fincas conviniéndose entre otras cosas, que si vencidas tres mensualidades consecutivas no fueren puntualmente satisfechas, se consideraría vencida la obligación total del contrato y con derecho la compradora a pedir que se anotara en el registro la consumación de la venta. Posteriormente, según constancia del registro, el derecho a retraer fué transferido a otra persona. Del expediente no aparece la forma en que la peticionaria solicitó la anotación de la consumación de la venta. Se resolvió: Que dadas las circunstancias del caso y no constando que la recurrente acreditara la falta de cumplimiento de la condición por parte de la persona que sustituyó en sus derechos al primitivo vendedor y arrendatario, debía confirmarse la nota recurrida.

Los hechos están expresados en la opinión.

Abogado de la recurrente: *Sr. Andrés Mena.*

El registrador no compareció.

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

Por escritura pública otorgada el 21 de agosto de 1911, Marcos Reyes vendió por la suma de mil pesos a Clotilde E. Rosado, tres fincas rústicas, pactándose que si el vendedor devolvía dentro de cinco años contados desde la fecha de la escritura, el precio de la venta y los gastos del contrato, la compradora o sus representantes le otorgarían escritura de retroventa, pero transcurrido dicho plazo sin haberse ejercitado el derecho de redención, adquiriría la realizada el carácter de venta absoluta e irrevocablemente consumada. También se pactó en dicha escritura el arriendo de las fincas al mismo vendedor por precio de diez pesos mensuales, conviniéndose que si vencidas tres mensualidades consecutivas no fueren puntualmente satisfechas, se consideraría vencida la obligación total del contrato y con derecho la compradora de pedir que se extendiera en el registro la correspondiente nota marginal de consumación de venta.

La expresada escritura se inscribió en el registro de la propiedad. La compradora acudió al registro solicitando la consumación de la venta y el registrador, el 27 de mayo de 1913, se negó a ello en los siguientes términos:

"No admitida la nota de consumación de la venta, solicitada, por no haberse acreditado que Don Vicente Lanza, actual dueño del dere-

cho de retraer haya dejado de satisfacer las mensualidades del arrendamiento señaladas en la escritura y se ha extendido nota preventiva al margen de  *  *  *."

Contra la negativa del registrador se interpuso el presente recurso gubernativo.

De la nota recurrida se desprende que del registro constaba que el derecho de retraer se transfirió a otra persona. En tal virtud, para que el registrador estuviera justificado en anotar la consumación de la venta, debió haberse acreditado la falta de cumplimiento de la condición no sólo por parte del primitivo vendedor y arrendatario, sino del que le sustituyó en sus derechos. Del expediente no aparecen los términos en que se hizo la solicitud de consumación, y para que esta corte hubiera podido formar un juicio exacto de la cuestión debatida, era esencial el conocimiento de dichos términos. Atendidas, pues, las circunstancias del caso, opinamos que debe confirmarse la nota recurrida.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.